### 2753.   CURETON *v.* THE STATE.

POWELL, J. The case is controlled by the answer of the Supreme Court to certain questions certified to it by this court. See *Cureton* v. *State,* 136 *Ga.* (70 S. E. 786).                *Judgment affirmed.*

DECIDED APRIL 3, 1911.

Indictment for sale of liquor; from Dade superior court—Judge Fite.  June 7, 1910.

*Spears & Lynch, Maddox, McCamy & Shumate, W. W. Cureton, W. U. & J. P. Jacoway, G. D. Lancaster,* for plaintiff in error.

*T. C. Milner, solicitor-general, George W. Stevens,* contra.